AO 241
(Rev. 06/13)

Page 2

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

20 MAR 10 AM 9: 17

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| United States District Court | District: SOUTHERN CADens |
| --- | --- |

Name (under which you were convicted):
Corey Scott

Docket or Case No.:
CV120- 036

Place of Confinement :
Telfair State Prison

Prisoner No.:
1258901

Petitioner (include the name under which you were convicted)     Respondent (authorized person having custody of petitioner)

Corey Scott                    v.          Nathan Brooks

The Attorney General of the State of

**PETITION**

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
Rockdale Superior Court PO Box # 937 Conyers, GA 30012
Camden County Superior Court
210 E. 4th St. Woodbine, GA 31569
(b) Criminal docket or case number (if you know): (2017-0001439¢/) (2007 CR 1141 I )

2. (a) Date of the judgment of conviction (if you know): (02/05/2018)-(06/18/2018)
(b) Date of sentencing: (02/05/2018)-(06/18/2018)

3. Length of sentence: 5yrs run in concurrent with Rockdale 20yrs to Serve 5yrs

4. In this case, were you convicted on more than one count or of more than one crime?  ☐ Yes   ☑ No

5. Identify all crimes of which you were convicted and sentenced in this case:
Aggravated Assault

6. (a) What was your plea? (Check one)
   ☐ (1)   Not guilty        ☐ (3)   Nolo contendere (no contest)
   ☑ (2)   Guilty            ☐ (4)   Insanity plea

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

(c) If you went to trial, what kind of trial did you have? (Check one)

  ❏ Jury  ❏ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

  ❏ Yes  ❏ No

8. Did you appeal from the judgment of conviction?

  ❏ Yes  ❏ No

9. If you did appeal, answer the following:

(a) Name of court:

(b) Docket or case number (if you know):

(c) Result:

(d) Date of result (if you know):

(e) Citation to the case (if you know):

(f) Grounds raised:

(g) Did you seek further review by a higher state court? ☑ Yes ❏ No

  If yes, answer the following:

  (1) Name of court: Telfair Superior Court

  (2) Docket or case number (if you know):

  (3) Result: Absent of State Corrective Process

  (4) Date of result (if you know):

(5) Citation to the case (if you know):

(6) Grounds raised:

(h) Did you file a petition for certiorari in the United States Supreme Court?   ☐ Yes   ☐ No

If yes, answer the following:

(1) Docket or case number (if you know):

(2) Result:

(3) Date of result (if you know):

(4) Citation to the case (if you know):

10.   Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions

concerning this judgment of conviction in any state court?   ☐ Yes   ☐ No

11.   If your answer to Question 10 was "Yes," give the following information:

(a)   (1) Name of court:

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☐ No

(7) Result:

(8) Date of result (if you know):

(b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court:

    (2) Docket or case number (if you know):

    (3) Date of filing (if you know):

    (4) Nature of the proceeding:

    (5) Grounds raised:

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

      ❏ Yes    ❏ No

    (7) Result:

    (8) Date of result (if you know):

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court:

    (2) Docket or case number (if you know):

    (3) Date of filing (if you know):

    (4) Nature of the proceeding:

    (5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☐ No

(7) Result:

(8) Date of result (if you know):

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:   ☐ Yes   ☐ No

(2) Second petition:   ☐ Yes   ☐ No

(3) Third petition:   ☐ Yes   ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

12.   For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

There is an absence of State Corrective Process on habeas corpus or on Appeal in Telfair State Superior Court. Most Cases are Taking over Two years to make a decision estlopling the federal filing Process Therefore assuring a dysfunction in the adversarial Appeal Process.

(b) If you did not exhaust your state remedies on Ground One, explain why:

I cannot exhaust Because the Judge Honorable C kaufold JR will Not make a ruling, where more than 90+ days have expired and the Court rendered a Decision.

(c)     **Direct Appeal of Ground One:**

        (1) If you appealed from the judgment of conviction, did you raise this issue?    ❏ Yes   ❏ No

        (2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

        (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

          ☒ Yes    ☒ No

        (2) If your answer to Question (d)(1) is "Yes," state:

        Type of motion or petition: Habeas

        Name and location of the court where the motion or petition was filed: Telfair Superior Court 19 East Oak St., Suite C McRae, GA 31055

        Docket or case number (if you know): #19-CH-007

        Date of the court's decision: N/A

        Result (attach a copy of the court's opinion or order, if available): Absent of state corrective process

        (3) Did you receive a hearing on your motion or petition?    ❏ Yes   ❏ No

        (4) Did you appeal from the denial of your motion or petition?    ❏ Yes   ❏ No

        (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ❏ Yes   ❏ No

        (6) If your answer to Question (d)(4) is "Yes," state:

        Name and location of the court where the appeal was filed:

        Docket or case number (if you know):

        Date of the court's decision:

        Result (attach a copy of the court's opinion or order, if available):

        (7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

AO 241
(Rev. 06/13)

Page 8

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One X Sex amendment Violation, Ground Two

On October 9, 2019 The Petitioner had Proven I am in custody in Violation of the Constitutional law of Georgia and the Constitution of United States.

**GROUND TWO:** The Documents will Support.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Documentary evidence attached Support Probation Trial Court David B Irwin Conducted a Probation Violation hearing where no Witnesses were present no evidence and Testimony was provided at all. with-out any evidence I was removed from the Proceedings and Contrary To the Transcript The Judge Claimed I admitted guilt and that is not on record.

(b) If you did not exhaust your state remedies on Ground Two, explain why:

I Did, The Habeas Court refuses to make a ruling on the Obvious error. See Entire Proceedings towards the matter Attached.

(c)     **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?          ☐ Yes     ☐ No

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why:

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

          ☐ Yes     ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

AO 241
(Rev. 06/13)

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?  ❏ Yes ❏ No

(4) Did you appeal from the denial of your motion or petition? ❏ Yes ❏ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ❏ Yes ❏ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two

**GROUND THREE:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

AO 241
(Rev. 06/13)

(b) If you did not exhaust your state remedies on Ground Three, explain why:

(c)     **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ❏ Yes     ❏ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

❏ Yes     ❏ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?     ❏ Yes     ❏ No

(4) Did you appeal from the denial of your motion or petition?     ❏ Yes     ❏ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?     ❏ Yes     ❏ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three:

# GROUND FOUR:

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) If you did not exhaust your state remedies on Ground Four, explain why:

(c)     **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ❏ Yes     ❏ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

            ❏ Yes     ❏ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

AO 241
(Rev. 06/13)

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?          ☐ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?     ☐ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)      **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Four:

AO 241
(Rev. 06/13)

13.  Please answer these additional questions about the petition you are filing:

(a)  Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?  ☐ Yes   ☐ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:

(b)  Is there any ground in this petition that has not been presented in some state or federal court?  If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

14.  Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?  ☐ Yes   ☐ No

If "Yes," state the name and  location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy of any court opinion or order, if available.

15.  Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?  ☐ Yes   ☐ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

AO 241
(Rev. 06/13)

16.    Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing:

(b) At arraignment and plea:

(c) At trial:

(d) At sentencing:

(e) On appeal:

(f) In any post-conviction proceeding:

(g) On appeal from any ruling against you in a post-conviction proceeding:

17.    Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?          ❑   Yes          ❑   No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?          ❑   Yes          ❑   No

18.    TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1)     A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody  pursuant to the judgment of a State court.  The limitation period shall run from the latest of -

   (A)     the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

   (B)     the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

   (C)     the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

   (D)     the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241
(Rev. 06/13)

(2)      The time during which a properly filed application for State post-conviction or other collateral review with
respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation
under this subsection.

Therefore, petitioner asks that the Court grant the following relief:

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for
Writ of Habeas Corpus was placed in the prison mailing system on  <u>02/19/2020</u>    (month, date, year).

Executed (signed) on   <u>02/19/2020</u>   (date).

*Cory C. Scott*
_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

# PETITION FOR ADJUDICATION OF GUILT AND IMPOSITION
## OF SENTENCE IN SUPERIOR OFFENDER CASE

FILED IN OFFICE
ROCKDALE CO., GA

2017 DEC 18 PM 1:31

*Ruth A. Wilson* CLERK

THE STATE

VS

SCOTT, COREY CHARLES
  SID# 3478512M
  GDC # 1258901
  Arrest Date: 12/8/17

DOCKET NO.: **2007CR1141I**
SUPERIOR COURT
OF
ROCKDALE CIRCUIT
ROCKDALE COUNTY

     Now comes <u>T. Maragh</u> , in the name and on behalf of the State of Georgia, and shows to this Honorable Court the following facts:

     That the above named Defendant entered a plea of guilty to (nolo contendere`, or was convicted of), the offense(s) of    <u>Ct.1 Aggravated Assault; Ct.2 & 3: Giving a False Name to a Law Enforcement Officer.</u>

     That this Court, on the <u>20th</u> day of <u>September 2007,</u> did sentence the Defendant under the provisions of the First Offender Act (O.C.G.A. 42-8-60 et. seq.) without an adjudication of guilt to serve a period of time on probation as follows: <u>Ct.1: 15 years to serve 10 years, balance on probation; Ct. 2: 12 months to serve, to run concurrent with Ct. 1; Ct. 3: 12 months to serve, to run concurrent with Ct. 1; Credit for time served</u> the terms and conditions of which are set forth in the copy of said sentence hereto attached, marked Exhibit "A", and made a part hereof.

<u>Tolling Dates: N/A</u>

     That the Defendant has violated the following terms and conditions of his probation in the following particulars:

<u>Condition #1: Do not violate the criminal laws of any governmental unit and be of general good behavior. To Wit, The Defendant Committed The Offense Of Aggravated Assault (2 Counts) On Or About 10/02/2017 As Charged By The Camden County Sheriffs Office.</u>

     WHEREFORE, the State of Georgia prays that the citation for adjudication of guilt and imposition of sentence be served on the Defendant and that the Defendant be directed to appear before this Court on a day to be fixed by the Court and at that time to show cause why adjudication of guilt and imposition of sentence should not be ordered.

This 18ᵗʰ day of <u>December</u> , 2017

_____
T. Maragh, Community Supervision Officer
Rockdale Superior Court Circuit

## ORDER

     Having read and considered the foregoing petition, it is hereby ordered that the Defendant be served with a copy of same and that the Defendant show cause before me on the <u>8th</u> day of <u>January, 2018</u> at <u>Rockdale County Courthouse</u> in <u>Conyers, Georgia,</u> at <u>9:00 am</u> why the probationer should not be adjudicated guilty and sentence imposed.

This 18ᵗʰ day of <u>Decem</u> , 2017

_____
Judge David B. Irwin
Rockdale Superior Court

B

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing petition upon the defendant in person (or by registered mail).

This 14th day of December , 2017

Community Supervision Officer
Rockdale Judicial Circuit

ACKNOWLEDGEMENT

I hereby acknowledge service of the foregoing petition. I further acknowledge I am aware that I may employ legal representation at said hearing and that if I am indigent, I have the right to representation at the hearing by the Circuit Public Defender or to be represented otherwise as the Court may direct.

This 14th day of Dec , 2017

Corey C. Scott
(Defendant)

Whereas pursuant to notice given to the defendant, a full hearing was conducted by the Court on the date aforesaid in accordance with O.C.G.A. 42-8-38 and the Court has adjudicated that the terms and conditions of probation had been violated as set forth in the following particulars: Admitted to the violations set forth in the Petition

_____ Technical violation of probation conditions or
_____ New non-violent misdemeanor offense

And Revocation/Modification is therefore limited in accordance with O.C.G.A. 17-10-1 (a)(3)(A) to a Probation Division Alternative or County Jail.

OR

____ New violent misdemeanor offense, or

____ Serious infraction of rules or regulations in a Community Corrections facility, or____ New felony offense.

____ Violation of Special Condition of Probation so worded and ordered at initial sentencing.

____ Violation of Special Condition of Probation ordered at a Revocation Hearing or by Waiver/Consent.

And the defendant is therefore eligible in accordance with O.C.G.A. 17-10-1(a)(3)(A) for Revocation/Modification of sentence to Prison, or a Probation Division Alternative, or County Jail.

NOW, THEREFORE, it is ordered and adjudged that the probation provisions in said original sentence be: ____
Revoked in accordance with O.C.G.A. 42-8-38 and the defendant is required to serve ____ yrs._____ months _____days with credit for time served from _____(date) Indicate: In the County Jail, County Correctional Institution, State Penal System or other such place as the Court may direct, OR
____ Continued on probation subject to the added further provisions that:
__Revoke first offender (FOA) and be resentenced to 20 yrs to serve 5 yrs; over and above time previously served; no contact with victims; Shanica Thomas and Ms. Calderwood as a special condition.

So ordered, this the 5th day of Feb 2017 2018

____Restitution Owed

David B. Irwin
Superior Court Rockdale Judicial Circuit

RETENTION SCHEDULE: Upon completion place a copy in the probationer's file

FILED IN OFFICE
CLERK SUPERIOR CT.
ROCKDALE CO. GA
2018 FEB -5 PM 2: 11
Ruth Wilson CLERK

FILED
7/9/2018 9:19 PM
Rockdale County Superior Court
1                        e-Filed Record

```
 1              IN THE SUPERIOR COURT OF ROCKDALE COUNTY

 2                        STATE OF GEORGIA

 3   STATE OF GEORGIA          *  INDICTMENT NO. 2007-CR-1141

 4   VS.                       *

 5   COREY CHARLES SCOTT       *

 6

 7

 8            Proceedings before the HONORABLE DAVID B.

 9        IRWIN, JUDGE, commencing February 5, 2018,

10        Rockdale Superior Court.

11

12

13

14   APPEARANCES:

15   FOR THE STATE:        Dabney Y. Kentner
                           Assistant District Attorney
16
     FOR THE DEFENDANT:    Joseph Blum
17                         Attorney at Law

18

19

20

21                   COURT REPORTING SERVICES
22               CERTIFIED COURT REPORTERS
                       P.O. BOX 774
23                 CONYERS, GA 30012

24                    770-922-7797.

25
```

1          MS. KENTNER:  Your Honor this is the matter of

2   The State of Georgia vs. Corey Scott.  Mr. Scott is

3   currently on probation as a first offender for the offense

4   of aggravated assault and giving a false name two counts.

5          He's in violation of his probation in that he's

6   committed the new offense of aggravated assault in Camden

7   County.  He has stipulated for the purposes of this

8   hearing only, to this violation.

9          We believe that the case was presented facts

10  would show the defendant committed the new aggravated

11  assault in Camden County, when apparently he had had an

12  argument with his friend, Shamika Thomas.

13         Ms. Thomas was outside on the street, had gotten

14  away from Mr. Scott and flagged down Ms. Madison

15  Colderwood who was a student at the University of Georgia,

16  lives down in Kingsville, Georgia.  Ms. Colderwood was

17  driving by when suddenly Ms. Thomas stepped in front of

18  the car asking for help.

19         And so Ms. Colderwood allowed Ms. Thomas to get

20  into her car.  At that point the defendant drove his

21  vehicle at a high rate of speed and smashed into

22  Mr. Colderwood's vehicle causing damage, and so it was

23  aggravated assault with a vehicle.

24         Mr. Colderwood did appear today, if she had

25  testified she would describe the damage as being moderate,

1 │ that was done to her vehicle, she would say smashed, the

2 │ back end of that vehicle.

3 │ We had pretried this and the Court had indicated

4 │ that it would revoke the defendant's first offender and

5 │ sentence him to -- he received originally a sentence of

6 │ fifteen years to serve ten.

7 │ Your Honor indicated you wanted him to serve over

8 │ and above the time he had served.  So we pretried this, I

9 │ believe last month.

10 │ THE COURT:  All right.  What you want to share

11 │ with me, counselor?

12 │ MR. BLUM:  Yes, Your Honor, in Mr. Scott's case,

13 │ the case in Camden County, the two felony counts are still

14 │ pending.  So this is an admission for limited purpose, I

15 │ don't want this to affect the case down there.

16 │ Judge, he has been working.  He worked in the

1        Which is, as you know, the only time we have a

2   killing in this community is family violence.  So we have

3   an aggravated assault and a family violence combined.  I

4   don't have a lot of empathy for this situation.

5        As a result of his admission I hereby revoke his

6   first offender.  And resentence him -- what can I

7   resentence him to?

8        MS. KENTNER:  You could sentence him up to twenty

9   years, Judge.  His original sentence was fifteen.

10       THE COURT:  To do five.

11       MS. KENTNER:  His original sentence was fifteen

12   to serve ten.  So you could resentence him to do, you

13   could do I guess twenty to serve five over and above time

14   served.

15       THE COURT:  Okay.  That's what I'll do.  Twenty

16   years.  Resentence you to twenty years let you serve that

17   on probation except five in confinement.

18       MS. KENTNER:  I guess that needs to be over and

19   above time.

20       THE COURT:  Over and above the time.

21       MR. BLUM:  And in terms of probation, Judge, he

22   gets credit for the time he's --

23       THE COURT:  Absolutely.

24       MR. BLUM:  Thank you, Your Honor.

25       MS. KENTNER:  That is count one, and then two and

1  three for twelve months and they run concurrent.

2          THE COURT:   Okay.

3          MS. KENTNER:   Thank you, judge.

4          (Proceedings concluded)

5

6

7

8

9

10

11

12

13

14

15

16

```
1              THE COURT:  Oh, wait a minute, I need to bring
2   him back in here.  I want to know what the relationship is
3   with the young lady, cause I don't want him --
4              MS. KENTNER:  The one who's car was smashed?
5              THE COURT:  That's smashed as well as the one he
6   was chasing.
7              MS. KENTNER:  It was a good Samaritan, Judge.
8              THE COURT:  I know it was a good Samaritan, was
9   it his girlfriend?
10             MS. KENTNER:  Is his ex girlfriend I believe.
11             THE COURT:  Does he have anything to do with her
12  now?
13             MS. KENTNER:  There is no --
14             THE COURT:  Okay.  I want to make sure that he
15  has no contact with either victim.  Former girlfriend and
16  the good Samaritan.
17             MS. KENTNER:  Yes, judge.
18             THE COURT:  As a special condition.
19             MS. KENTNER:  That's going to be Ms. Colderwood
20  and the ex girlfriend's name is Shamika Thomas.
21             THE COURT:  Have no contact whatsoever, direct or
22  indirect, because that's too dangerous.  Good luck.
23                  (Proceedings concluded)
24
25
```

```
 1                       C E R T I F I C A T E

 2

 3   STATE OF GEORGIA          )

 4                             )

 5   COUNTY OF NEWTON          )

 6

 7

 8          I hereby certify that the foregoing transcript

     was taken down, as stated in the caption, and the
 9
     questions and answers thereto were reduced to print under
10
     my direction; that the foregoing pages 1 through 7
11
     represent a true, correct, and complete transcript of the
12
     evidence given upon said hearing, and I further certify
13
     that I am not of kin or counsel to any of the parties in
14
     said cause, nor interested in the outcome thereof.
15
            This 8th day of July, 2018.
16

17          _____Barbara Engelhardt___

18                        BARBARA ENGELHARDT
                          OFFICIAL COURT REPORTER
19                        ROCKDALE JUDICIAL CIRCUIT

20

21

22

23

24

25
```

Joey Charles Scott
GNC# 1258901
Telfair State Prison
P.O. Box 549
Helena, GA 31037

Augusta Clerk Office
United States District Court
P.O. Box 1130
Augusta, GA 30903

MCRAE HELENA GA 31037
MAR

FOREVER USA
PURPLE HEART

FOREVER USA
PURPLE HEART

FOREVER USA
PURPLE HEART

**TELFAIR STATE PRISON**
**P.O. BOX 549, HELENA, GA 31037**

"The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has ۔۔۔۔ neither opened nor inspected۔۔۔ of the jurisdiction, you may wr۔۔۔ ۔۔۔۔ an the corr۔۔۔۔ for further information, or clarification. If the r۔۔۔۔ enclose correspondence for forwarding to another addressee, please return the enclosure to the above address."